## Commonwealth *v.* Andrews, Appellant.

Argued June 20, 1967. *Stuart F. Ebby,* with him *Wolf, Block, Schorr & Solis-Cohen,* for appellant; *Benjamin H. Levintow,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Balardo, Appellant.

Argued June 13, 1967. *Edward A. Savastio,* with him *James A. Lynch,* for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.

WRIGHT, J., absent.